# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELLIOTT MIRANDA and ESTRELITA MIRANDA,** husband and wife<br><br>v.<br><br>**C.H. ROBINSON CO., et al.** | CIVIL ACTION<br><br>NO. 18-553 |

## ORDER

**AND NOW**, on this 13th day of November, 2019, after careful consideration of Defendant Upala Agricola, S.A.'s ("Upala") Motion to Dismiss (ECF 70); Defendants C.H. Robinson Company, C.H. Robinson Company, Inc., C.H. Robinson International, Inc., and C.H. Robinson Worldwide, Inc.'s (collectively "C.H. Robinson") Partial Motion to Dismiss (ECF 77); and the responses thereto, it is hereby **ORDERED** as follows:

1. Upala's Motion to Dismiss the Amended Complaint under Federal Rule of Civil Procedure 12(b)(2) is **DENIED**;

2. Upala and C.H. Robinson's Motions to Dismiss **Count III** of the Amended Complaint are **DENIED**;

3. Upala and C.H. Robinson's Motions to Dismiss **Count IV** of the Amended Complaint are **GRANTED**, and **Count IV** is **DISMISSED** with prejudice as to Upala and C.H. Robinson; and

4. As to Defendant Transportes Grant, S.A., the Amended Complaint is **DISMISSED** without prejudice in its entirety pursuant to the representations by counsel for Plaintiffs at the October 25, 2019 hearing.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-553 Miranda v CH Robinson\18cv553 Order re MTD 11132019.docx