# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELLIOTT MIRANDA and ESTRELITA MIRANDA,** husband and wife<br><br>v.<br><br>**C.H. ROBINSON CO., et al.** | **CIVIL ACTION**<br><br>**NO. 18-553** |

## ORDER

**AND NOW**, on this 2nd day of April, 2020, upon consideration of Upala's Motion to Certify Under § 1292(b) (ECF 139), and Plaintiffs' Response in Opposition (ECF 143), for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Upala's Motion to Certify is **DENIED**.

                                          **BY THE COURT:**

                                          s/ Michael M. Baylson

                                          **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-553 Miranda v CH Robinson\18cv553 Order.docx